# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nathaniel Davenport, | ) Civil Action No. 9:14-cv-2078 DCN |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on February 13, 2015. Defendant filed a response on February 26, 2015, stating that she does not object to an award in the amount of $2,228.04 in attorney's fees and $400.00 in costs under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $2,628.04 in attorney's fees under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

March 4, 2015
Charleston, South Carolina